**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
 FRANCESCA LOZADA,

                        Plaintiff,                  25 **CIVIL** 7603 (VF)

    -v-                             **<u>JUDGMENT</u>**


COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
------------------------------------------------------------------------X


      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 22, 2026, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:** New York, New York

     April 23, 2026


                                         **TAMMI M. HELLWIG**

                                    _____
                                       **Clerk of Court**

                   **BY:**

                                      _____
                                       **Deputy Clerk**